**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**EMANUEL DABNEY AND TAUSHA DABNEY**            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO. 3:08CV547-WHB-LRA**

**COUNTRYWIDE HOME LOANS, ET AL.**            **DEFENDANTS**

## ORDER

This cause came before the Court for telephonic hearing on May 12, 2010, on Plaintiffs' First Motion to Compel Discovery [Doc. 98] from Defendant Countrywide Home Loans, Inc., and Plaintiffs' Second Motion to Compel Discovery from Defendant Litton Loan Servicing, LP [#Doc. 99]. After carefully considering the briefing on these issues, and having heard argument of counsel, the Court finds that the motions are not well advised and should be denied. The motions should have been filed in accordance with Local Rule 7(b)(2)(B).

Rule 7(b)(2)(B) is sometime relaxed if the discovery would be otherwise non-objectionable. However, as to both Litton and Countrywide, the Court finds that the discovery is overburdensome and impractical. Some of the information sought by Plaintiffs from both Defendants could be obtained from other sources. Furthermore, compelling Defendant Countrywide to respond to some of the requests would force them to duplicate production already completed.

For all of these reasons, the motions are HEREBY DENIED.

SO ORDERED, this the 13th day of May, 2010.

                                              S/ Linda R. Anderson
                                      UNITED STATES MAGISTRATE JUDGE